UNITED STATES COURT OF APPEALS

**Filed 9/27/96**

TENTH CIRCUIT

---

GARRY L. SNYDER and RITA L. SNYDER,  )
Sui Juris, a "State" in Fact, a People for the  )
Kansas state,  )
  )
     Plaintiffs-Appellants,  )
  )
vs.  )      96-3167
  )    (96-1008-WEB)
DISTRICT COURT OF STAFFORD  )     (D. Kan.)
COUNTY, STATE OF KANSAS,  )
a Political Subdivision of the United States,  )
i.e., The Municipal corporation of the District  )
of Columbia, and All Agents,  )
JEFF L. MCVEY, HANNELORE KITTS,  )
TIMARIE WALTERS, KYANN BUCK,  )
JEFF PARR, and CARLA J. STOVALL,  )
individuals,  )
  )
     Defendants-Appellees.  )

---

ORDER AND JUDGMENT[*]

---

Before TACHA, BALDOCK, and BRISCOE, Circuit Judges.[**]

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

[**] After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. See Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9. The case therefore is ordered submitted without oral argument.

Plaintiffs Garry L. Snyder and Rita L. Snyder appeal from the district court's order dismissing their complaint for lack of subject matter jurisdiction. We exercise jurisdiction under 28 U.S.C. § 1291. We have read the parties' briefs and pleadings, and reviewed the entire record before us. We affirm substantially for the reasons ably set forth in the district court's order dismissing the complaint for lack of subject matter jurisdiction.[1]

AFFIRMED.

Entered for the Court


Per Curiam

---

[1] Defendant Jeff L. McVey's motion to dismiss the appeal is denied as moot.